# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:                                  )
                                        )
Shonda Johnson                          )
                                        )   No. 21-13635
                                        )
                      Debtors           )
                                        )   Judge Baer

## OBJECTION TO CONFIRMATION

NOW COMES Claimant Anthony Smith d/b/a A & A Exteriors, by its attorneys David J. Axelrod & Associates, and states as follows:

1. On March 26, 2021, Claimant recorded a mechanic lien against the real estate owned by Debtor SHONDA JOHNSON, in the sum of $10,314.84 plus interest.

2. On December 20 2021, Claimant filed a Counter-Claim for Foreclosure of Mechanic lien against the Debtor in Kane County case 21 CH 202.

3. On December 28, 2021, Plaintiff recorded a Lis Pendens against the Debtors' property.

4. On November 30, 2021, Debtors filed the instant Chapter 13, in which she failed to list Claimant as a creditor of any kind.

5. On January 31, 2022, Claimant filed a Proof of Claim in the instant proceeding, asserting its status as a secured creditor, based on the mechanic lien previously recorded. A copy of the Proof of Claim is attached hereto as Exhibit "A".

6. Debtors listed Claimant as an unsecured creditor in the Chapter 13.

7. Any plan which fails to pay Claimant as a secured creditor is presented in bad faith, because it ignores Claimant's security in Debtors' property.

WHEREFORE, Claimant Anthony Smith d/b/a A & A Exteriors asks this Court to deny confirmation to Debtors' Chapter 13 Plan as drafted

/s/ David J. Axelrod
One of Claimant's attorneys

DAVID J. AXELROD & ASSOCIATES
1448 Old Skokie Road
Highland Park, IL 60035
847-579-9700
contact@djaalaw.com
28606

**Fill in this information to identify the case:**

Debtor 1 **Shonda Johnson**

Debtor 2
(Spouse, if filing)

United States **Bankruptcy Court for the Northern District of Illinois**

Case number 21-13635

Official Form 410

# Proof of Claim

04/16

Read the instructions before filing out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchased orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**  
**Anthony Smith d/b/a A & A Classic Exteriors**  
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**  
■ No  
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**David J. Axelrod & Associates**  
Name

**1448 Old Skokie Rd., Suite C**  
Number          Street

**Highland Park, IL 60035**  
City          State          Zip Code

Contact phone **847-579-9700**

Contact email **contact@djaalaw.com**

Where should payments to the creditor be sent? (if different)

Name _____

Number          Street _____

City          State          Zip Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**  
■ No  
☐ Yes. Claim number on court claims registry (if known) _____    Filed _____  
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**  
■ No  
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                              Page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ***-**-6914

**7. How much is the claim?** $ 12,350.36

Does this amount include interest or other charges?
☐ No
■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 301(c)(s)(A)

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_construction services performed_

**9. Is all or part of the claim secured?**

☐ No
■ Yes. The claim is secured by a lien on the property.

**Nature of property:**
■ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor Vehicle
☐ Other. Describe: _____

**Basis for perfection:** _recorded mechanic lien_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                     $ _____
Amount of the claim that is secured:   $ 12,350.36
Amount of the claim that is unsecured: $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed)   10%
■ Fixed
☐ Variable

**10. Is this claim based on a lease?**

■ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**

■ No
☐ Yes. Identify the property: _____

Official Form 410                              Proof of Claim                                Page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Yes. Check one:

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **1/31/2022**

_____/s/ David J. Axelrod_____

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | **David J. Axelrod** |
| Title | **Attorney for Creditor** |
| Company | **David J. Axelrod & Associates** |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | **1448 Old Skokie Rd., Suite C** |
| | Number      Street |
| | **Highland Park, IL 60035** |
| | City                State    ZIP Code |
| Contact phone | **847-579-9700** |
| Email | **contact@djaalaw.com** |

David Axelrod & Associates
1448 Old Skokie Road
Highland Park, Illinois 60035
Phone: 847-579-9700
Fax: 847-579-9705
Email: djaxelrod@djaxelrod.com

# Projected Interest Statement

As of: 11/30/2021
Account: 28606.001

Shonda Johnson
680 Algona Ave.
Elgin, IL 30120
Ref No:                                                                 Court File:

| | |
|---|---|
| Principal | 10314.84 |
| Interest | 0.00 |
| Fees | 1500.00 |
| Costs | 0.00 |
| Other | 0.00 |
| Overpayment | 0.00 |
| **Current Bal** | **11814.84** |
| New Interest | 535.52 |
| **Projected Bal** | **12350.36** |

Posted Interest
    Interest Posted as of: 11/16/2020                                              0.00

Projected Interest thru: 11/30/2021
    Pre-Judgment Interest:        5.0000% (0.0137% per day)
      $1.4130 Per Day For 379 Days                                    535.52
    Post-Judgment Interest:       9.0000% (0.0000% per day)
      $0.0000 Per Day For 0 Days                                      0.00
    Total New Interest                                                     535.52

Total Interest Owing as of: 11/30/2021                                            535.52

NOTICE AND CLAIM
FOR MECHANIC LIEN

**2021K023649**

SANDY WEGMAN
RECORDER - KANE COUNTY, IL
RECORDED: 3/26/2021 9:10 AM
REC FEE: 53.00  RHSPS: 9.00
PAGES: 3

IN THE OFFICE OF
THE RECORDER OF DEEDS
OF KANE COUNTY, ILLINOIS

ANTHONY SMITH d/b/a )
A&A Classic Exteriors )
)
Claimant )
)
v. )
)
SHONDA JOHNSON, )
CROSSCOUNTRY MORTGAGE, )
INC., MIDFIRST BANK, and )
unknown owners and unknown )
lien claimants )
)
)
Defendants )

"NOTICE TO OWNER:
Do not pay the Contractor for this work or material delivered unless you have received from the Contractor a waiver of lien by, or other satisfactory evidence of payment to the Contractor."

AMOUNT CLAIMED: $10,314.84

The Claimant ANTHONY SMITH, located at 600 – 17th St., Ste 2800, Denver CO 80202, being a contractor for the construction project on the real estate described below, hereby files a Notice and Claim for Lien against SHONDA JOHNSON (hereafter OWNER); CROSSCOUNTRY MORTGAGE, INC. and MIDFIRST BANK (hereafter LENDERS); and unknown owners and unknown lien claimants, for the construction project on the real estate commonly known as 680 Algona Avenue, Elgin, in the County of Kane, State of Illinois, and states:

That on about July 17, 2020, SHONDA JOHNSON was the OWNER of record of the following described real property in the County of Kane, State of Illinois, to-wit:

The West 50 feet of Lot 3, in Block 1 of Preston's Addition to Elgin, in the City of Elgin, Kane County, Illinois

Commonly known as: 680 Algona Ave., Elgin IL
P.I.N.: 06-12-429-020-0000

That on about July 17, 2020, CLAIMANT made a written contract with OWNER, by the terms of which contract CLAIMANT agreed to provide labor, material, equipment and supervision to perform roof repair or replacement, gutter replacement, painting, and to provide allied extras, all consistent with ASI Insurance scope, and the OWNER agreed to pay CLAIMANT for said services the sum of $11,756.16. During the course of CLAIMANT's performance under the contract, CLAIMANT was asked to perform certain additional work at an additional cost of $9,314.84. On or about October 11, 2020, CLAIMANT last delivered material and completed the contract work. On or about November 16, 2020, Claimant last delivered material and completed the work for the extras.

That said OWNER is entitled to certain credits on account, leaving unpaid, due and owing to the CLAIMANT the sum of TEN THOUSAND THREE HUNDRED FOURTEEN AND 84/100THS ($10,314.84) DOLLARS, as and for the contract work, and for the extras, for which, with interest, the CLAIMANT claims a lien upon said land and improvements, and on the monies or other considerations due or to become due from the OWNER.

ANTHONY SMITH
Claimant

_____
One of Claimant's attorneys

## VERIFICATION

I, David J. Axelrod, on oath state that I am the Claimant herein; that I have read the foregoing, know the contents thereof, I have read the documents provided by claimant, and state that all the statements contained herein are true and correct, to the best of my knowledge and belief.

Subscribed and sworn to before me on
March 18, 2021

Notary Public

OFFICIAL SEAL
BETSY L VELA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/24/21

## PROOF OF SERVICE BY MAIL

I, DAVID J. AXELROD, an attorney, on oath state that on March 18, 2021, I served this Notice and Claim for Lien by mailing a copy of said Notice by Certified Mail, Return Receipt Requested, to SHONDA JOHNSON, 680 Algona Ave., Elgin IL 60120; CrossCountry Mortgage Inc., 6850 Miller Rd., Becksville OH 44141; MidFirst Bank, 999 NW Grand Blvd., #100, Oklahoma City OK 73118; by depositing same in the U.S. Mail at Highland Park, Illinois, before 5:00 p.m.

Subscribed and sworn to before me on
March 18, 2021

Notary Public

OFFICIAL SEAL
BETSY L VELA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/24/21

Prepared by and Return to:
DAVID J. AXELROD & ASSOCIATES
1448 Old Skokie Rd.
Highland Park, Il. 60035
(847) 579-9700
contact@djaalaw.com
Smith v. Johnson